IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50096
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LETICIA MARTINEZ, also known as
Leticia Torres,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-95-CR-214-1
- - - - - - - - - - -

September 20, 1996

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Leticia Martinez appeals from her conviction and sentence following her guilty plea to one count of bank fraud in violation of 18 U.S.C. § 1344. She argues that her guilty plea was not knowing and voluntary, that she received ineffective assistance of counsel because her attorney advised her that she would probably receive probation if she pleaded guilty, and that the district court erred by refusing to grant her a reduction for

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

acceptance of responsibility.  We have reviewed the record and find no reversible error.  Martinez's guilty plea was knowingly and voluntarily entered.  See United States v. Johnson, 1 F.3d 296, 298 (5th Cir. 1993) (en banc).  Martinez has not demonstrated a reasonable probability that, but for the alleged statement by her attorney regarding her probable sentence, she would not have pleaded guilty and would have insisted upon going to trial.  See Hill v. Lockhart, 474 U.S. 52, 57-58 (1985).  Finally, the district court did not clearly err by denying her a reduction for acceptance of responsibility.  See United States v. Wilder, 15 F.3d 1292, 1298 (5th Cir. 1994).  Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.